**No. 09-10084. Tayssir Hindaoui, Petitioner v. Rick Thaler, Director,**

Texas Department of Criminal Justice, Correctional Institutions Division.

560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4941, 

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.